# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| Timothy Harding, | |
|      Plaintiff, | Case No. 6:10-cv-01382-CM -GLR |
| v. | |
| Mid America Credit Bureau, LLC, | **MOTION FOR DEFAULT JUDGMENT** |
|      Defendant. | |

Now comes Plaintiff, by and through counsel, and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby moves this honorable Court to enter Default Judgment against Defendant Mid America Credit Bureau, LLC.  In support hereof, the following are filed contemporaneously with this motion:

1. Supporting Memorandum of Law

2.  Affidavit of Plaintiff's Counsel

3.  Various Exhibits

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:___*/s/ Jennifer Dodson*_____
     Jennifer Dodson (Bar No. 78211)
     1125 Grand, Suite 916
     Kansas City, MO 64106
     Tel:  866-339-1156
     Fax: 1.312.822.1064
     Email:  jpr@legalhelpers.com
     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2011, I served Defendant with the foregoing Motion

by placing a copy of the same in the United States mail, addressed as follows:

Mid America Credit Bureau, LLC
c/o/ Justin Meeks, Registered Agent
119 S. Main
Fort Scott, KS 66701

/s/ Jennifer Dodson