# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| Timothy Harding,<br><br>  Plaintiff,<br><br>v.<br><br>Mid America Credit Bureau, LLC,<br><br>  Defendant. | Case No. 6:10-cv-01382-CM -GLR |

**ORDER**

For good cause shown, the Court hereby GRANTS Plaintiff's Motion for Default Judgment. See Doc. 6.

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff is awarded $1,000 in statutory damages and $1,937.50 in attorney's fees and costs for a total of $2,937.50.

The Clerk of the Court is directed to enter judgment against Mid America Credit Bureau, LLC in the amount of $2,937.50.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2011 at Kansas City, Kansas.

  s/ Carlos Murguia
  CARLOS MURGUIA
  United States District Judge