IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY HARDING, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. 10-1382-CM |
| MID AMERICA CREDIT ) | |
| BUREAU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Order on Motion for Default Judgment filed March 2, 2011, judgment is entered in the amount of $2,937.50 for plaintiffs against defendant, based on a statutory damages award of $1,000, and $1,937.50 in attorney's fees and costs.

Date: March 11, 2011                                TIMOTHY M. O'BRIEN
                                                                        Clerk of the Court


                                                                        By:  s/ Jennifer Walton
                                                                        Jennifer Walton, Deputy Clerk